MacDONALD RUDY O'NEILL & YAMAUCHI, LLP

RALPH J. O'NEILL                         4705-0
ralphoneill@macdonaldrudy.com
JAMIE C.S. MADRIAGA                       9769-0
jmadriaga@macdonaldrudy.com
MATTHEW A. HEMME                              9757-0
matthemme@macdonaldrudy.com
CHRISTOPHER T. HAN                          11311-0
chan@macdonaldrudy.com
1001 Bishop Street, Suite 2800
Honolulu, Hawaii 96813
Telephone: (808) 523-3080
Facsimile: (808) 523-0759

Attorneys for Defendants LAHAINA
DIVERS INC., LAHAINA DIVE
AND SURF, LLC, CORY DAM,
KAITLIN MILLER, and JULIANNE
CRICCHIO

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM McMEIN EHART, JR., Individually and as Personal Representative of the Estate of MAUREEN ANNE EHART, Deceased,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LAHAINA DIVERS INC., LAHAINA DIVE AND SURF, LLC, CORY DAM, KAITLIN MILLER, and JULIANNE CRICCHIO,<br><br>                    Defendants. | Civil No. CV 21-00475 SOM-KJM<br><br>TRIAL DIRECT EXAMINATION DECLARATION OF PHILIP R. FOTI, M.D.; EXHIBITS A - K |

## TRIAL DIRECT EXAMINATION DECLARATION OF
## PHILIP R. FOTI, M.D.

I, PHILIP R. FOTI, M.D., make the following declaration, under penalty of perjury.

I base the statements in this declaration on my professional background as a physician, review of materials as listed in my report, and personal knowledge.

**Professional Background**

1.     I appreciate the Court's accommodation of my medical conditions. I regret that I am unable to testify in person and have asked Mr. O'Neill to make the necessary arrangements with the Court to allow my testimony to be submitted by declaration and videotaped cross-examination without the need for me to appear in person at trial in December 2023. I would have preferred to be in Court to explain my conclusions more fully and answer any questions the Court may have. I would be glad to appear by videoconference from my home if the Court has any questions and would ask Mr. O'Neill to make the necessary arrangements.

2.     I will highlight key points concerning my professional background that may be pertinent to my opinions.

3.     I was first licensed as a physician in the state of Hawai'i on March 3, 1965, while I served as an officer in the United States Navy, assigned to Kaneohe Marine Corps Air Station. I let my license expire as of January 31, 2022, in connection with closing my medical practice due to the health problems I have

experienced over the last three years.

4.     My medical conditions do not impair my cognitive function or memory. However, they have had a severely deleterious effect on my overall health, resulting in greatly reduced stamina and impaired cardiopulmonary function, which adversely affects my activity capacity and my speech as well.

5.     After completing my undergraduate and medical education, internship and first year of residency at Georgetown University and its medical school and affiliated hospital in 1962, I first came to Hawaiʻi when I served as a physician in the United States Navy and was assigned to the Kaneohe Marine Corps Air Station as a general medical officer from 1962 to 1967. I was discharged from the Naval Reserve several years later with the rank of Lieutenant Commander.

6.     After completing my stint in Hawaiʻi, I returned to Georgetown as a resident and fellow in pulmonary disease as a grant trainee funded by the National Institutes of Health in 1967 and 1968.

7.     After completing the additional training, I returned to Hawaiʻi and became the first pulmonary disease specialist (now known as a pulmonologist) in the state of Hawaiʻi. In that capacity, I also have been associated over the years with pulmonary programs in a number of South Pacific islands, including Samoa, Micronesia, Guam, Tahiti, and the Cook Islands. I maintained private practices on Oahu and the Big Island continuously for more than 50 years, until my medical

conditions forced me to close my practice as of October 31, 2022.

8.     The Curriculum Vitae (CV) attached to my report is a true and correct copy and shows that, during my career, I served numerous organizations in addition to my private practice. I developed and directed the first pulmonary function laboratory on Oahu at Queen's Medical Center, was Associate Professor at the University of Hawaiʻi School of Medicine, and directed the Hawaiʻi Tuberculosis and Respiratory Disease Association Chronic Lung Disease Project, which involved establishment of pulmonary programs on all islands for the Hawaiʻi Thoracic Society. I developed and became Director of the Castle Medical Center Intensive Care Unit, Cardiopulmonary Laboratory and Respiratory Services, including echocardiography and duplex vascular ultrasound services. I developed and directed the pulmonary laboratory services for North Hawaiʻi Community Hospital in Waimea while maintaining a private pulmonary consultation practice in Kona for twenty-five years.

9.     My CV accurately lists my publications and experience as a principal investigator. A true and correct copy of my CV is attached as Exhibit A.

10.    The study that is most specific to the loss of Mrs. Ehart's life is my work as principal investigator for the State of Hawaiʻi, Department of Health's Snorkel Safety Study that the Department of Health Aquatic Safety Committee commenced in 2019. I continue ardently to believe that the Department of Health,

ocean recreation industry, and snorkeling participants should take steps to increase the safety of snorkeling through recognition of hazards related to the activity and implementation of safety practices to reduce the associated risk. The March 2022 publication, to which I will refer below, was the first time a scientific paper described the role of Rapid Onset Pulmonary Edema ("ROPE") in the context of snorkeling, as an explanation for the disproportionate number of deaths associated with snorkeling in Hawaiʻi's ocean waters.

11.    Drowning is the leading cause of injury-related death among Hawaiʻi visitors. Snorkeling was the most common activity associated with visitor drownings during the period of 2006 to 2017 based on available data.

12.    Many people concerned about this situation have assumed that inexperience, panic, ocean conditions, injury, and catastrophic health events explain the relatively high number of snorkeling deaths. For years, these factors have been obviously inadequate to explain most of the deaths due to snorkeling and to understand why snorkeling is particularly risky compared to other ocean activities such as surfing, swimming, and SCUBA.

13.    Exhibit B shows ocean drownings in Hawaiʻi by residence and activity of victim for the period of 2006 through 2015. The data depicted in Exhibit B is compiled by State of Hawaiʻi, Department of Health epidemiologist Daniel Galanis, Ph.D. Exhibit B is a true and correct copy of the document entitled, "Ocean

drownings in Hawaiʻi, by residence and activity of victim, 2006-2015."

14.    The chart shows that visitor deaths are disproportionate relative to other ocean activities, and the great majority of such deaths are snorkel related. The chart identified as Exhibit C, which covers the period of 2008 through 2017, based on similar categories and the same data source, is to the same effect. The data depicted in Exhibit C is compiled by the State of Hawaiʻi, Department of Health. Exhibit C is a true and correct copy of the document entitled, "Ocean drownings in Hawaiʻi, by residence and activity of victim, 2008-2017."

15.    The trend has worsened compared to the period of 1993 through 2004, as shown in Exhibit D. The data depicted in Exhibit D is compiled by the State of Hawaiʻi, Department of Health. Exhibit D is a true and correct copy of the document entitled "Scuba- and snorkeling-related drownings on Oahu, 1993-2004."

**Factual Points**

16.    As a pulmonary physiology enthusiast and physician, I have been focally interested in attempting to explain unusual and mysterious (but not rare) snorkel-related deaths for years, and I recognize the angst and frustration that loss of this type can be associated with. In this case, I believe every attempt to settle without trial should be strived for because it is important that all interested parties be made to understand what I am convinced to be the truth and the only reasonable

conclusion. No persons or entity were at fault or can be blamed for the accidental intersection of human made and natural forces–related adverse events that were responsible for the loss of Mrs. Ehart's life.

17.    I will explain the reasoning supporting these comments by first presenting a list of known facts to be expanded upon later. I will not reiterate the details of the history of events which are already well documented in the records.

18.    In contradistinction to popular conception, snorkeling is not a benign, safe, recreational activity. It is a relatively high-risk form of recreation and is responsible for many more deaths than SCUBA or any other water sport in Hawai′i, yet less attention is directed to snorkeling than SCUBA worldwide. (For example, 204 snorkeling deaths vs. 25 SCUBA deaths according to the Hawai′i State Department of Health statistics 2012-2021. 151 deaths were swimming without a snorkel.)

19.    Snorkeling has no organized support like the Professional Association of Diving Instructors (PADI) does for SCUBA, so that there are no well-developed rules, regulations, or recommendations that compare. PADI, after the Second World War and the perfection of the Cousteau valve, began to develop rules, regulations, recommendations, and policies which have effectively transformed SCUBA into a safe activity. The same is not available for snorkelers.

20.    In reality, because of the nature of the activity, control of behavior of

snorkelers is limited at best and impossible in some settings including tour groups. Snorkelers are commonly mesmerized by the undersea images and frequently wander off on their own, leaving a buddy behind. Following various undersea creatures swimming along may often direct them further from where they started than they realize.

21.     Distress signs are not easily observable or interpretable to observers as the sequence of adverse events evolve in the process of drowning. The commonest drownings, for example in Hanauma Bay, are silent drownings under the watchful and well-trained eyes of nearby lifeguards. "Silent" deaths are probably more common than those preceded by struggle and commotion.

22.     From a practical standpoint buddy systems fail to deter "silent" deaths.

23.     For snorkelers, total adherence to the United States Coast Guard Best Practices publications is unlikely. Except for abstinence, there have been only meager rules promulgated that are of any real value in risk reductions as standards of practice. Snorkeler pre-knowledge and education that may be of value in light of newer understanding of the mechanisms of drowning have not yet made traction in practices, both governmental and in the marketplace.

24.     "Silent or quiet" drowning refers to those where demise is not preceded by signs of distress like splashing, calling out, signaling, or other

commotion. The quiet mechanism of drowning is due to rapid onset of pulmonary edema (ROPE) leading to hypoxia (lack of oxygen) which dulls brain and muscle function within minutes and can result in terminal aspiration of water. ROPE results from the negative transthoracic pressure (NTP) which snorkelers encounter; the physiology of this form of acute negative pressure pulmonary edema (ANPPE) is explained in the publication below which reports on the Snorkel Safety Study results.

25.    This mechanism of drowning was virtually unrecognized nor clearly explained even in the scientific community until published in March 2022 in the HJH&SW (Hawaiʻi Journal of Health and Social Welfare). It is slowly being understood worldwide by interested parties since that time but has not yet changed governments' and industry's approaches to mitigating this form of risk. Our study suggests that it is more common than the second mechanism which results in discernible struggling and signs of distress particularly in quiet water.

26.    A true and correct copy of our March 2022 publication referred to in paragraph 25, "Factors Contributing to Snorkel Drowning in Hawai'i" is attached as Exhibit E.

27.    The second mechanism of death from snorkeling is usually attended by commotion in those who survive and may be best referred to as "aspiration." It is probably more common in snorkelers who engage in diving beneath the surface

9

and less often ends in death. It is due to inhalation of airless water flooding the tracheobronchial tree as accurately described by Dr. Steinman in his report.

28.     Victims who die of ROPE-induced hypoxia are almost invariably found floating face down and are recognized to be motionless.

29.     The bodies of a victim of complete aspiration submerge and sink to the bottom because water has replaced air in the lungs. For eons this phenomenon has been recognized by medical examiners and pathologists.

30.     Full face masks (FFM) add significant additional risks to snorkeling. Their popularity has diminished in the marketplace over the past few years probably due to the inordinate number of adverse events associated with their risks. No statistical or other studies have been reported to clarify the frequency or other details of why this is so. However, our group employed a survey which provides some anecdotal trends (not statistics). A true and correct copy of the Snorkel Safety Study's Snorkel Safety Survey is attached as Exhibit F. 131 volunteers were surveyed, 48 (37%) of whom reported adverse events or deaths associated with FFM. In the Snorkel Safety Study, there was not one case of a rescued and resuscitated victim who had been wearing a FFM. One such risk is that it is difficult to unstrap under emergency and distress circumstances especially when weakness and semi-coma are developing. Under such circumstances the victim is unlikely to be able to shout or call for help.

31.     In this case the technical characteristics and other details of the pink full-face mask worn by Maureen are not available.

32.     Exertion (for example, swimming against currents) accelerates the onset and magnitude of ROPE-induced hypoxia.

33.     In our study experience there is no way that postmortem gross or microscopic examination techniques can distinguish accurately between death due to primarily hypoxia or aspiration. Both mechanisms were more likely than not involved in Maureen's case.

**Conclusions**

34.     In my opinion based upon a high degree of medical probability and currently accepted science concerning the mechanisms of drowning, conclusions result from experience-based retrograde clinical analysis because only the victim could provide details allowing more accuracy if she had survived and could recall the sequence of events.

35.     Therefore, more likely than not, variations on the following sequence of events are most probable:  Maureen, after some 30 minutes of snorkeling, began to develop early signs and symptoms of ROPE-related hypoxia (shortness of breath, fatigue, decreased mental alertness). The usual and natural responses of survivors are to attempt to surface, spit out the snorkel mouthpiece, breathe normally and shout for help if necessary. It is likely that an attempt was made to

release the facemask (with difficulty because of head straps and decrease in her usual strength, dexterity and coordination) resulting in aspiration of air-free water such that the tracheobronchial tree was inundated. Hence, she was no longer observed as floating, submerged, and her body was transported beneath the surface by the current (so well described in the McManus report) past Lalilali Point, to the depths southwest of the crater.

36.    Her arm wave as described may have been a gesticulated attempt at hailing for help; we have surmised the same in several past similar cases. It is highly unlikely to have been a "greeting" salute.

37.    I was able to find images on the internet of a black mask and information on currently marketed M2068FFM made by Dongguan SMACO Sports Goods Company LTD in Guangdong, China. It has the usual complex X configuration elastic straps behind the head. The snorkel tube is central in location and has a valve at the tip to deter water from entering. There is no way to guess if airway resistance is elevated or whether the valve may have malfunctioned. It may be similar to Maureen's.

38.    The fact that Maureen used the same snorkel at two relatively prolonged sessions on the day before suggests that the degree of resistance was not extraordinarily high and probably not a major contribution to the development of ROPE. However, I am unsure as to the duration and degree of effort expended in

these sessions.

39.    I believe that there is no other plausible explanation for these events. Probably the aspiration event took place within minutes or less of the arm wave, and the body may have left the crater even before the search was initiated.

**Discussion of the Potential for Amelioration of Outcome**

40.    I have had extensive experience with snorkeling practices in Hawai'i and elsewhere in the world through personal experience and my involvement with the Snorkel Safety Study. I firmly believe that the hypothesis narrated above should change the perception that some omission of prearranged safety measures, crew number and performance, responsiveness of potential rescue personnel and equipment, or other forms of improvement in surveillance could have culminated in a better outcome for Maureen. Certainly, if her body had been recovered, testing of the snorkel and postmortem examination could possibly have aided in more accurate knowledge of the details of the mechanisms of death alluded to above, including what was contributed by the full-face mask. It would add little to the confidence of conclusions already in place, but the outcome, of course, would be unaltered (as noted above, autopsy findings are not able to distinguish between hypoxic vs aspiration mechanisms of drowning).

41.    Additional crew members and "eyes on the water," bullhorn type communications, better binoculars, mooring elsewhere, personal flotation device

(PFD), more rapid deployment of rescue assistance could not have prevented the sequence of events described. "Buddy" systems for years have been the staple of recommendations and still are, but have never proven to be of significant value because by nature of the mesmerizing effect of snorkeling, buddies tend to separate. Use of a dedicated "guardian" buddy in employing a one-on-one configuration for tour groups might be effective, but is not a standard practice anywhere at this time to my knowledge.

42.    Predisposing factors in this case could have been operating that we have no way of recognizing. Exertional effort, underlying medical conditions that are unrecognized, and more subtle factors like habitat elevation, possibly air travel and variations in individuals' physiology are amongst them. Some "benign" cardiac conditions not even suspected under normal circumstances on land and undetectable by usual cardiac testing are other examples. I include these comments for the sake of completeness, but I do not believe they have any contributing effect of importance to the conclusions in this case.

43.    After publication of the paper in March 2022, the voluntary survey cited in the article continued. Our website contains tabulated results and current information that could augment understanding of the principles in this case. See www.snorkelsafetystudy.com including the "Snorkel Safety Messages," a true and correct copy of which is attached to this declaration as Exhibit G, adopted as part

of the Snorkel Safety Study report. A true and correct copy of the Snorkel Safety Study is attached as Exhibit H. Reflecting upon the messaging section on "Advice" to would-be snorkelers suggests that the most logical potential act that might have improved Maureen's outcome would have been her being pre-instructed in recognizing the earliest symptoms and signs of hypoxia, such that she might have succeeded at self extrication from the FFM and preempted further evolution of the syndrome. As noted, there was no knowledge of a need for such education in 2021 and indeed the Hawai'i State Department of Health and tour vessel crews have to date not yet acted upon this new information with policy and procedural changes. (The United States Coast Guard is beginning to introduce the concept into their registration programs.)

**Notes on Physiology Excerpted From Our March 2022 Publication for the Purpose of Clarifying the References to Physiology May Be Illuminating**

44.    There are four mechanisms of drowning that may befall snorkelers: (1) trauma; (2) intervening acute medical adverse event; (3) inadvertent or accidental aspiration of water; and (4) hypoxia due to rapid onset pulmonary edema (ROPE). The first two are relatively uncommon and distinguishable from each other. Distinguishing between the last two of this list is difficult or impossible after death.

45.    The pertinent mechanisms under the circumstances of this case are either aspiration, hypoxia, or both. Criteria for distinguishing between the two

15

mechanisms include presence of observed struggle versus quiet cessation of activity and motion, water in the mask (or lack thereof), details of descriptive accounts of ocean conditions, predeath behavior, and surface versus submerged positioning.

46.     Recognizing ROPE as a mechanism of drowning has required documentation of cases of survivors of snorkeling induced ROPE (SIROPE) related hypoxemia. The increase in NTP required to maintain adequate volumes of ventilation during immersion promotes ROPE and hypoxia under these circumstances. During inhalation, negative intrathoracic pressure is achieved by muscular contraction of the diaphragms and "bucket handle" motion of the ribs. This "vacuum" effect of increasing intrathoracic volume draws air into alveoli.

47.     Rapid onset pulmonary edema, also known as acute pulmonary edema, is characterized by the sudden accumulation of fluid in the air spaces in the lungs (alveoli). It is a serious and potentially life-threatening event because it causes hypoxia (insufficient oxygen) and because irreversible damage to the brain begins to take place in 3 to 5 minutes depending upon the severity of oxygen molecule deprivation. This condition can be acute or chronic and can occur due to various reasons, some of which can be life-threatening. Pulmonary edema blocks entry of oxygen molecules into capillary blood and results in hypoxia which can rapidly lead to cerebral malfunction resulting in weakness, loss of normal

16

neurologic reflex responses, confusion, diminished consciousness, and finally death if the victim is not rescued. Agonal inhalation at the time of brain stem death most often involves some degree of aspiration depending on the circumstances.

48.     The alveolocapillary membrane (ACM) is the extremely thin barrier through which gas and fluid exchange occurs in the lungs. This membrane separates the air within the lung alveoli from the blood within the pulmonary capillaries. The ACM is permeable to water in both directions.

49.     Hypoxemia refers specifically to low levels of oxygen in circulating blood. It occurs when the oxygen partial pressure (PaO2) in the arterial blood falls below normal levels. PaO2 is typically measured using arterial blood gas (ABG) analysis. Hypoxemia can result from various conditions that impede normal oxygenation of blood flowing through the lungs. This form of impaired gas exchange is the mechanism of hypoxia in pulmonary edema.

50.     Both endocapillary pressure (the pressure exerted by the blood within the alveolar capillaries) and alveolar pressure (the pressure of the air inside the lung alveoli) need to be more or less balanced to maintain homeostasis (a fundamental medical concept that refers to the process by which biological systems maintain stability while adjusting to changing conditions necessary for survival).

51.     When intra-alveolar negative pressure (caused by contraction of muscles for inhalation), which can be remarkably increased during effort,  is

sufficient to exceed oncotic pressure (tending to pull fluid from surrounding tissues into the bloodstream) of capillary contents water flows toward and into the alveolus, i.e., pulmonary edema.

52.    In addition, when intracapillary pressure is substantially increased and/or ACM permeability is compromised, flow is toward alveoli unless intra-alveolar pressure exceeds endocapillary pressure. When integrity of the ACM mechanically fails completely, capillary contents spill directly into alveoli. This type of acute negative pressure pulmonary edema (ANPPE) has been well described in SCUBA divers, by anesthesiologists and, more recently, is recognized in swimmers. To our knowledge it has not been reported as a cause of death in snorkelers until our March 2022 publication.

53.    In the case of SCUBA, ANPPE is referred to as immersion pulmonary edema (IPE), and in competitive swimmers SIPE (swimming induced pulmonary edema). The connection between hypoxia due to these types of ROPE and that resulting from snorkeling activities has not been well documented or studied in the past.

54.    Several of the potential causes for excessive NTP and ANPPE, which can contribute to or induce ROPE, include immersion, increased inspiratory resistance induced by various snorkel designs, and other factors. Snorkels are responsible for some increase in NTP depending upon the degree of resistance

upon inhalation. Other factors play a role in increasing the risk of ROPE and include subclinical conditions which commonly go unrecognized because they produce little or no symptoms at usual levels of activity.

55.     The possible comorbid and nonpathologic states suspected to be predisposing contributing factors to precipitation of ROPE include elevated left ventricular end diastolic pressure, patent foramen ovale, septal defect, pulmonary hypertension, valve disorders, inherited or acquired variations in physiologic vascular, humoral and neurologic responses which control pulmonary vasoconstriction (e.g., NO synthase activity, prostacycline, endothelin, mitochondrial function, and 2, 3 DPG levels), and age over 50. Of particular interest to Hawaiʻi is evidence that long distance air travel may result in many hours of exposure to sufficient hypoxemia to compromise the integrity and permeability of the ACM in subtle, subclinical fashion, making newly arrived snorkelers at greater risk in the several days after landing.

56.     I reviewed the materials as stated in the list attached to my report dated May 9, 2023 and also Maureen Ehart's medical records (WME 1866-2152) and documentation related to the full face mask referred to above in paragraph 37. A true and correct copy of my May 9, 2023 report is attached as Exhibit I.

57.     A true and correct copy of my list of publications is attached as Exhibit J.

58.     A true and correct copy of my list of testimony is attached as Exhibit K.

59.     If other material becomes available in the future, I would like to review these as well. I reserve the right to supplement or change my opinions based on additional material. I have formed my opinions based on my background, training, experience, research, and knowledge of the medical literature. I hold the opinions expressed in this declaration to a reasonable degree of medical probability.

**I declare under penalty of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and belief.**

DATED:  Kailua, Hawai'i, June 15, 2023.

_____

PHILIP R. FOTI, M.D.

## INDEX OF ENCLOSURES

A.  Philip R. Foti, M.D. Curriculum Vitae

B.  Ocean drownings in Hawaii, by residence and activity of victim, 2006 – 2015

C.  Ocean drownings in Hawaii, by residence and activity of victim, 2008 – 2017

D.  Scuba- and snorkeling-related drownings on Oahu, 1993 – 2004

E.  Factors Contributing to Snorkel Drowning in Hawaii'i; Foti PR, Wilcox CM, Goto RS. Hawaii J Health Soc Welf. 2022 Mar;81(3):71-76. PMID: 35261987; PMCID: PMC8899085

F.  Snorkel Safety Study Snorkel Safety Survey

G.  Snorkel Safety Study Snorkel Safety Messages

H.  Hawai'i Department of Health, Snorkel Safety Sub-Committee, Snorkel Safety Study Report, https://www.snorkelsafetystudy.com/index.php/rescources/

I.  Philip R. Foti, M.D. Report, dated May 9, 2023, produced 5/16/2023

J.  Federal Rules of Civil Procedure Rule 26(a)((2)(B)(iv) Publication Disclosure

K.  Federal Rules of Civil Procedure Rule 26(a)((2)(B)(v) Testimony Disclosure